**BUSINESS REVENUE SYSTEMS, INC.**
P O BOX 13077
DES MOINES IOWA 50310-0077




If you would rather pay online, you may do so
at WWW.BRSI.NET/PAYMYBILL

FILE: ####551

| AMOUNT DUE | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| $815.00 | DEC 10, 2014 | ####734 | |

PLEASE WRITE THE ACCOUNT NUMBER IN THE MEMO SECTION OF YOUR CHECK

00453

VALENTINA D. TSONEVA
#### FL 337##

BUSINESS REVENUE SYSTEMS, INC.
P O BOX 579
BURLINGTON IOWA 52601-0579

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

Since you have not responded to previous collection efforts from Radiology Associates of Tampa, PA, they have retained us to make formal demand for payment of your delinquent account.

Please use the enclosed envelope to send your payment. If you would rather pay online, you may do so at www.brsi.net/paymybill. You may call us at 1-800-947-3030, or if you would like to contact Radiology Associates of Tampa, PA, they can be reached at 1-813-253-2721 or 1-800-257-7287.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that the debt or any portion thereof is disputed, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

This communication is from a debt collection agency attempting to collect a debt. Any information obtained will be used for that purpose.

Business Revenue Systems, Inc.

**EXHIBIT A**

Business Revenue Systems, Inc. - PO Box 13077 - Des Moines, IA 50310-0077 - (515) 277-1442 or (800) 947-3030

BRS00001-0406757-0000000-4356302-001-000983-#001500-7001   ACCOUNT: 0570-01-011150-01-101168734

DMSBRS-1 7001