**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VALENTINA D. TSONEVA,

     Plaintiff,

v.                                    Case No: 8:15-cv-1283-T-30MAP

BUSINESS REVENUE SYSTEMS, INC.,

     Defendant.

_____

## ORDER OF DISMISSAL

     Before the Court is the Plaintiff's Voluntary Dismissal With Prejudice (Dkt. #5).

Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed with prejudice.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 3rd day of June, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record